**Order entered February 7, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00629-CV
## No. 05-18-01125-CV

## IN THE INTEREST OF S.C. AND K.C., CHILDREN

**On Appeal from the 256th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-11-16417**

## ORDER
Before Chief Justice Burns, Justice Molberg, and Justice Nowell

These two appeals follow a final order in suit to modify the parent-child relationship. Cause number 05-18-00629-CV challenges the modification order as well as several orders, entered during the pendency of the modification suit, enforcing a fee provision in the parties' divorce decree. Cause number 05-18-01125-CV challenges a post-modification order enforcing the same fee provision. The record in both appeals has been filed. Appellant's brief in cause number 05-18-00629-CV is due February 16, 2019, and his brief in cause number 05-18-01125-CV is due February 7, 2019.

The fee provision at issue in these two appeals is also at issue in appellate cause number 05-18-01158-CV, an original proceeding filed by appellant. Relief has been denied, but a motion for rehearing en banc is pending.

In light of the same fee provision being at issue in the appeals and original proceeding, we **SUSPEND**, on our own motion, the briefing deadlines in the appeals pending the Court's determination of the en banc motion.

/s/     ROBERT D. BURNS, III
        CHIEF JUSTICE